# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| BARRY COSTA, | : | Case No. 3:21-cv-00063 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| DAYTON-PHOENIX GROUP, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court on the parties' Joint Motion for Extension to Conduct Further Discovery. For good cause shown, the Joint Motion (Doc. 29) is hereby **GRANTED**, and this matter shall proceed as follows:

| | |
|---|---|
| Telephone Status Conference | June 14, 2022, at 10:00 a.m. |
| Discovery Deadline | June 15, 2022 |
| Dispositive Motion Deadline | July 16, 2022 |

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge