IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BARRY COSTA** | : |
| | : Case No. 3:21-cv-00063-MJN |
| Plaintiff, | : |
| | : Judge Michael J. Newman |
| vs. | : |
| | : Magistrate Judge Sharon L. Ovington |
| **DAYTON-PHOENIX GROUP, IUE-CWA, AFL-CIO LOCAL 755 and ANTIJUAN DAVIS** | : |
| | : |
| | : |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Barry Costa ("Costa") and Defendants Dayton Phoenix Group ("DPG"), IUE-CWA, AFL-CIO Local 755 ("Local 755") and Antijuan Davis ("Davis") hereby stipulate as follows:

1. The parties agree that all of Costa's claims against all Defendants will be dismissed with prejudice; and

2. The parties further agree that they shall bear their own attorneys' fees and costs in this litigation.

3. Pursuant to *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, (1994), the parties stipulate that the Court shall retain jurisdiction to enforce the terms of any settlement agreement.

IT IS SO STIPULATED.

Respectfully submitted,

/s/ Michael W. DeWitt
Michael W. DeWitt (0066896)
DeWitt Law, LLC
4200 Regent Street, Suite 200
Columbus, Ohio 43219
(614) 398-2886
(614) 750-1379 (facsimile)
mdewitt@dewittlawco.com
*Attorney for Plaintiff*

/s/ Deborah S. Brenneman
Deborah S. Brenneman (0062113)
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
(513) 352-6638
Debbie.brenneman@thompsonhine.com
*Counsel for Defendant Dayton-Phoenix Group Inc.*

/s/ Robert Holt
Robert Holt (0091143)
IUE-CWA, AFL-CIO
2701 Dryden Road
Dayton, OH 45439
rholt@iue-cwa.org
*Counsel for Defendants IUE-CWA, AFL-CIO Local 755 and Antijuan Davis*